

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EL PASO COUNTY, TEXAS, | § | No. 08-19-00105-CV |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | 448th District Court |
| EL PASO COUNTY EMERGENCY SERVICES DISTRICT NO. 1 AND EL PASO COUNTY EMERGENCY SERVICES DISTRICT NO. 2, | § | of El Paso County, Texas |
| | § | (TC# 2016-DCV-4705) |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and render granting the Appellant's plea to the jurisdiction and dismiss the Appellees' request for declaratory judgment.

We further order that Appellant recover from Appellees all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF JANUARY, 2020.

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.